BUCHALTER NEMER
A Professional Corporation
  ADAM J. BASS (SBN: 156900)
  RICHARD P. ORMOND (SBN: 207442)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
E-mail: rormond@buchalter.com

Attorneys for Plaintiff
PRO TOUR MEMORABILIA, LLC

FILED

2009 JAN 26  PM 4:34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO TOUR MEMORABILIA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JULES ALEXANDER, an individual, APPLEJACK ART PARTNERS, INC. and DOES 1 through 10.<br><br>Defendants. | Case No.<br>CV09-0595 R (FFMx)<br><br>**PRO TOUR MEMORABILIA, INC.'S COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT, CONTRACTUAL INDEMNITY AND EQUITABLE INDEMNITY**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Pro Tour Memorabilia, LLC ("Plaintiff") alleges as follows:

## JURISDICTION AND VENUE

1.      This is an action for declaratory judgment of non-infringement of copyright registered under United States Registration No. #VAu000397000. The action arises under The Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the copyright laws of the United States, 17 U.S.C. § 101 et seq.

2.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

3.      Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the infringement claims of Defendant Jules Alexander occurred in this judicial district.

## THE PARTIES

4.      Plaintiff is a California limited liability company with its principal place of business in Pacoima, California.

5.      Defendant Jules Alexander ("Alexander") is an individual residing in the State of New York.

6.      Defendant Applejack Art Partners, Inc., ("Applejack") is a Vermont corporation with its principal place of business in Manchester Center, Vermont.

7.      Defendants Does 1 through 10, inclusive, are sued herein under fictitious names.  Their true names and capacities are unknown to Plaintiff; however, when their true names and capacities are ascertained, Plaintiff intends to amend this Complaint by inserting their true names and capacities herein.

## FACTS

8.      Plaintiff sells golf related art, memorabilia and other collectibles.

9.      Alexander asserts and alleges that he is the owner, creator and exclusive copyright holder of an original photograph (the "Photograph") duly registered with the United States Copyright Office on May 19, 1998 as #VAu000397000 (the "Registered Copyright").  The Photograph contains a depiction of the golfer, Ben Hogan.

10.     Alexander further alleges that an individual named Douglas London, without Alexander's authorization, hired an independent artist to copy the Photograph and reproduce the Photograph as an oil painting.  This oil painting was, allegedly, photographed and converted into a Lithograph (the "Lithograph").  Alexander asserts and alleges that Plaintiff purchased copies of the Lithograph from Applejack and sold these copies to its customers.

11.     Alexander informed Plaintiff that Plaintiff's sale of the Lithograph purportedly infringes Alexander's Registered Copyright. Demand was made upon Plaintiff by Alexander to pay certain monies to Alexander for such alleged infringement.

12.     Plaintiff denies that it infringed Alexander's Registered Copyright.

13.     Plaintiff denies that it is liable for any alleged infringement of Alexander's Registered Copyright resulting from sale or use of the Lithograph.

14.     Alexander threatened to commence legal action against Plaintiff.

15.     The parties have attempted to resolve the dispute amicably. However, no mutually acceptable resolution has been reached. As a result of the threats of impending litigation, Plaintiff is faced with the constant uncertainty of costly litigation. There is, therefore, an actual case and controversy between the parties.

## FIRST CLAIM FOR RELIEF

### Declaratory Judgment of Non-Infringement of Copyright

(Against Alexander)

16.     Plaintiff repeats the averments in paragraphs 1-15 above as if fully set forth herein.

17.     Plaintiff's use of the Lithograph does not infringe Alexander's Registered Copyright. Therefore, Plaintiff is entitled to a declaratory judgment of Plaintiff's rights, specifically, that Plaintiff did not infringe the Registered Copyright.

## SECOND CLAIM FOR RELIEF

### Contractual Indemnity

(Against Applejack and Does 1 to 10)

18.     Plaintiff repeats the averments in paragraphs 1-17 above as if fully set forth herein.

19.     If Plaintiff is found liable for copyright infringement, any damages for which Plaintiff may be held liable to Alexander will be the result of Applejack's

1   breach of contract and, as such, Plaintiff is entitled to be fully indemnified for all

2   damages for which Plaintiff is found liable to Alexander, as well as for attorneys'

3   fees and costs.

## THIRD CLAIM FOR RELIEF

### Equitable Indemnity

(Against Applejack and Does 1 to 10)

20.       Plaintiff repeats the averments in paragraphs 1-17 above as if fully set forth herein.

21.       As between Plaintiff and Applejack, responsibility for the alleged copyright infringement rests entirely upon Applejack.

22.       If Plaintiff is found liable for copyright infringement, any damages for which Plaintiff may be held liable to Alexander will be the result of Applejack's breaches of contract and/or negligence and, as such, Plaintiff is entitled to be fully indemnified for all damages for which Plaintiff is found liable to Alexander, as well as for attorneys' fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that the Court enter judgment in its favor as follows:

On the First Claim for Relief,

1.    A declaration that Plaintiff's use of the Lithograph, which Alexander contends is an infringement of Alexander's Registered Copyright does not constitute infringement of the Registered Copyright pursuant to 17 U.S.C. § 501 or a violation of any other rights held by Alexander;

2.    Such other and further relief as the Court deems just and proper.

1    On the Second and Third Claims for Relief,

2    3.     If Plaintiff is found liable for damages arising from Alexander's claim of

3    copyright infringement, for Plaintiff to be fully or partially indemnified for all

4    damages;

5    4.     For reasonable attorneys' fees;

6    On All Claims for Relief,

7    5.     For costs of suit; and

8    6.     For such other and further relief as the Court may deem proper.

9    Respectfully submitted,

10   DATED: January 26, 2009          BUCHALTER NEMER
                                      A Professional Corporation
11

12
                                      By:_____
13                                         RICHARD P. ORMOND
                                           Attorneys for Plaintiff
14                                         PRO TOUR MEMORABILIA, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DEMAND FOR JURY TRIAL

2   Defendants hereby demand a jury trial in this action.

3   DATED: January 26, 2009          BUCHALTER NEMER
                                     A Professional Corporation
4

5                                    By:_____
6                                           RICHARD P. ORMOND
                                            Attorneys for Plaintiff
7                                     PRO TOUR MEMORABILIA, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV09- 595 R (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

ADAM J. BASS 156900
RICHARD P. ORMOND  207442
BUCHALTER NEMER
1000 WILSHIRE BLVD., SUITE 1500
LOS ANGELES, CA 90017
TEL:  213.891.0700
FAX:  213.896.0400
abass@buchalter.com; rormond@buchalter.com
PLAINTIFF PRO TOUR MEMORABILIA, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PRO TOUR MEMORABILIA, LLC, a California limited liability company | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV09-0595 R (FFMx) |
| v. | |
| JULES ALEXANDER, an individual, APPLEJACK ART PARTNERS, INC. and DOES 1 through 10 | **SUMMONS** |
| DEFENDANT(S). | |

TO:DEFENDANT(S): _____

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, BUCHALTER NEMER, whose address is 1000 Wilshire Blvd., Ste. 1500 Los Angeles, CA 90017. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JAN 2 6 2009

By: NATALIE LONGORIA
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

American LegalNet, Inc.
www.USCourtForms.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **(a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> PRO TOUR MEMORABILIA, LLC, a California limited <br> liability company | **DEFENDANTS** <br> JULES ALEXANDER, an individual, APPLEJACK ART <br> PARTNERS, INC. and DOES 1 through 10 |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing <br> yourself, provide same.) <br> ADAM J. BASS/RICHARD P. ORMOND <br> BUCHALTER NEMER <br> 1000 WILSHIRE BLVD., SUITE 1500 <br> LOS ANGELES, CA 90017 <br> Tel: 213.891.0700/Fax: 213.896.0400 | Attorneys (If Known) |

**. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**V. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**LASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**I. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**II. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | |

CV09 - 0595

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

'V-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2

American LegalNet, Inc. <br> www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

II(a). **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

II(b). **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. **VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Vermont<br>New York | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| CA | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date January 26, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com